UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| ABDUL S. KHAN AND HAJERA T. KHAN | * | CIVIL ACTION |
|---|---|---|
| | * | |
| VERSUS | * | NO: 07-7272 |
| | * | |
| SHERIFF HARRY LEE, ET AL | * | SECTION "A"(3) |

## ANSWER TO COMPLAINT

**NOW INTO COURT,** through undersigned counsel, come defendants, Deputy Tim Stierwald, Deputy John O'Brien, Sgt. Ashcroft, Deputy S. Trapani, Deputy R. Marx, Deputy J. Heck, Deputy D. Diondolillo, Deputy J. Alvarado, Deputy R. Dykes, Deputy K. Richardson, Deputy S. Hartley, and Deputy R. Miles, who in response to the Complaint filed herein by the plaintiffs, respectfully aver as follows:

## FIRST DEFENSE

Plaintiffs' Complaint fails to state a claim against the defendants upon which relief can be granted.

## SECOND DEFENSE

The individual defendants, Deputy Tim Stierwald, Deputy John O'Brien, Sgt. Ashcroft, Deputy S. Trapani, Deputy R. Marx, Deputy J. Heck, Deputy D. Diondolillo, Deputy J. Alvarado, Deputy R. Dykes, Deputy K. Richardson, Deputy S. Hartley, and Deputy R. Miles, each plead both

aspects of qualified immunity with respect to the plaintiffs' claims - that being immune from suit and being immune from liability.

### THIRD DEFENSE

Any and all actions taken by the defendants herein were reasonable under the circumstances and supported by probable cause.

### FOURTH DEFENSE

All of the acts and actions taken by the defendants herein were reasonable under the circumstances and do not support any type of valid Monell claim in this matter.

### FIFTH DEFENSE

All of the acts and actions of the defendants herein were reasonable under the circumstances and do not support a claim under a theory of respondeat superior.

### SIXTH DEFENSE

The defendants herein plead the comparative fault of plaintiffs' decedent in this matter.

### SEVENTH DEFENSE

The defendants herein affirmatively plead that any of the plaintiffs' alleged damages under state law were not caused by any negligence and/or fault on their part.

### EIGHTH DEFENSE

In the alternative, in the event that this Honorable Court finds any negligence and/or fault on the part of any of the defendants named herein, which is specifically denied, then the defendants aver that a contributory cause of the subject injuries was the negligence of plaintiffs' decedent and/or the negligence of the plaintiffs themselves which should be considered in the assessment and apportionment of damages.

**NINTH DEFENSE**

The defendants herein each submit that they are unable to pay any punitive or exemplary damages that may result from this cause of action.

**TENTH DEFENSE**

The arrest/detention of plaintiffs' decedent was supported by probable cause.

**ELEVENTH DEFENSE**

The defendants answering herein submit that the claims of the plaintiffs are frivolous, groundless or unreasonable and, as such, they are entitled to an award against the plaintiffs for all attorney's fees and costs expended in this matter, pursuant to 42 USC §1988.

**TWELFTH DEFENSE**

That any actions taken by any of the defendants herein were taken in good faith, with probable cause, without malice and under laws believed to be constitutional, thereby entitling the defendants to the defense of qualified immunity.

**THIRTEENTH DEFENSE**

Defendants categorically and paragraph and paragraph allege and aver as follows:

I.

The allegations contained in Paragraph No. 1 state conclusions of law and hence require no response from these defendants; however, out of an abundance of caution, said allegations are denied.

II.

The allegations contained in Paragraph No. 2 are admitted as pertains each named defendant other than Sheriff Lee and XYZ Insurance Company.

III.

The allegations contained in Paragraph No. 3 are denied for lack of sufficient information to justify a belief therein.

IV.

The allegations contained in Paragraph No. 4 are denied for lack of sufficient information to justify a belief therein.

V.

The allegations contained in Paragraph No. 5 are denied for lack of sufficient information to justify a belief therein.

VI.

The allegations contained in Paragraph No. 6 are denied as written.

VII.

The allegations contained in Paragraph No. 7 are denied as written.

VIII.

The allegations contained in Paragraph No. 8 are denied.

IX.

The allegations contained in Paragraph No. 9 are denied for lack of sufficient information to justify a belief therein.

X.

The allegations contained in Paragraph 10 are denied as written.

XI.

The allegations contained in Paragraph No. 11 are admitted insofar as said allegations state that the named defendants acted under color of state law. All other allegations contained in Paragraph No. 11 are denied.

XII.

The allegations contained in Paragraph No. 12 are denied.

XIII.

The allegations contained in Paragraph No. 14 are denied for lack of sufficient information to justify a belief therein.

XIV.

The allegations contained in Paragraph No. 15 require no response from these defendants; however, these defendants admit that this matter can be tried by jury.

### RESERVATION OF RIGHTS

To the extent permitted by law, the defendants herein reserve their right to supplement and amend this answer and to assert additional affirmative defenses as future discovery may warrant and require.

**WHEREFORE,** defendants, Deputy Tim Stierwald, Deputy John O'Brien, Sgt. Ashcroft, Deputy S. Trapani, Deputy R. Marx, Deputy J. Heck, Deputy D. Diondolillo, Deputy J. Alvarado, Deputy R. Dykes, Deputy K. Richardson, Deputy S. Hartley, and Deputy R. Miles, pray that this Answer be deemed good and sufficient and that, after due proceedings are had, there be judgment herein in favor of defendants, Deputy Tim Stierwald, Deputy John O'Brien, Sgt. Ashcroft, Deputy S. Trapani, Deputy R. Marx, Deputy J. Heck, Deputy D. Diondolillo, Deputy J. Alvarado,

Deputy R. Dykes, Deputy K. Richardson, Deputy S. Hartley, and Deputy R. Miles, and against petitioners, dismissing petitioners' Complaint with prejudice and at their cost.

**Respectfully submitted,**

  */s/ Franz L. Zibilich*
**DANIEL R. MARTINY (9012)**
**FRANZ L. ZIBILICH (14914)**
**Attorneys for Defendants,**
**Deputy Tim Stierwald, Deputy John O'Brien, Sgt. Ashcroft, Deputy S. Trapani, Deputy R. Marx, Deputy J. Heck, Deputy D. Diondolillo, Deputy J. Alvarado, Deputy R. Dykes, Deputy K. Richardson, Deputy S. Hartley, and Deputy R. Miles**
**MARTINY & ASSOCIATES, LLC**
**131 Airline Drive, Suite 201**
**Metairie, Louisiana 70001**
**Telephone: (504) 834-7676**
**Facsimile: (504) 834-5409**
**E-Mail Address: fzibilich@bellsouth.net**

CERTIFICATE OF SERVICE

I hereby certify that on the 22nd day of April, 2008, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send a notice of electronic filing to the participating attorneys. I further certify that I mailed the foregoing document and the notice of electronic filing by first-class mail to the following non-CM/ECF participants: _____.

  */s/ Franz L. Zibilich*
FRANZ L. ZIBILICH (14914)
MARTINY & ASSOCIATES, LLC
131 Airline Drive - Suite 201
Metairie, Louisiana 70001
Telephone: (504) 834-7676
Facsimile: (504) 834-5409
E-Mail Address: fzibilich@bellsouth.net