UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| ABDUL KHAN AND SPOUSE | CIVIL ACTION NUMBER: 07-7272 SECTION: "A" (3) |
| VERSUS | JUDGE: |
| HARRY LEE, TIM STIERWALD, JOHN O'BRIEN, SGT. ASHCROFT, DEP. TRAPANI, DEP. MARX, DEP. HECK, DEP. DIONDOLILLO, DEP. ALVARADO, DEP. DYKES,: DEP. RICHARDSON, DEP. HARTLEY, AND DEP. MILES | MAGISTRATE: |

FILED:_____        _____
                                      DEPUTY CLERK

## INTERROGATORIES

TO:   Plaintiffs, Abdul S. Khan and
      Hajera T. Khan
      Through their attorneys of record:
      Mr. Patrick H. Huft
      635 St. Charles Avenue
      New Orleans, LA 70130 and

      Mr. Aub Ward
      8034 Jefferson Highway
      Baton Rouge, LA   70809

NOW COME defendant, Dr. Joseph Hauth, and propounds the following Interrogatories to the plaintiffs, Abdul Khan and Spouse, on behalf of decedent, Nayeem Khan, to be answered in writing, individually, within fifteen (15) days after receipt hereof pursuant to Article 1457, *et. seq.*, of the Louisiana Code of Civil Procedure which

Interrogatories shall be deemed continuing:

Definitions for use in the following Interrogatories:

"You" or "yours" means plaintiffs and all representatives, attorneys, or other parties acting on behalf of plaintiff.

"Document" means any written, recorded or graphic matter however produced or reproduced.

"Identify" or "identity" when used with respect to an individual means to state his/her full name, his/her job title or last known employer, his/her present or last known telephone number, and his/her Social Security number, if available.

"Identify" or "identity" when used with reference to a document means to state the type of document (e.g. lease, memoranda, log, diary, record, contract, agreement, telegram, telex, letter, note, chart, map, etc.) or some other means of identifying it, its location and custodian, the date thereon, if any, and the identity of any party or parties whose name or names appear thereon, or in lieu thereof, attach to your answers a copy of each such document.

"Plaintiff" will be used in the singular throughout. When more than one plaintiff is involved, a separate response is requested for each such plaintiff, unless your response is identical as to each plaintiff.

## INTERROGATORY NO. 1:

Please list the names and addresses of all experts whom you will utilize at the trial of this matter to establish a breach of the standard of care by and/or its employees, and any experts, and/or consultants, you will call to establish that the alleged actions or inactions caused plaintiff any injuries and/or damages. Please give full names, addresses and specialties.

## INTERROGATORY NO. 2:

Please describe in specific detail all allegations of negligence which you are

asserting against Dr. Joseph Hauth, to include in each case: the specific nature of the act or omission of Dr. Hauth, which caused or in any way contributed to the alleged injury or condition complained of by plaintiffs, the place and date of each such act or omission, and evidence which you have in support of your contention that such act or omission constitutes negligence by

**INTERROGATORY NO. 3:**

Please describe the nature and extent of damages sustained as a result of each alleged act or omission which you contend constitutes negligence by Dr. Joseph Hauth

**INTERROGATORY NO. 4:**

Please state the names and addresses of any other person or persons whom you contend did or failed to do anything which caused and/or contributed to the alleged injury and/or death to Nayeem Khan.

**INTERROGATORY NO. 5:**

Please state the names, addresses and telephone numbers of each and every person who will or may give evidence on your behalf at trial, by affidavit, written report, testimony or otherwise, that Dr. Hauth did or failed to do anything which caused or in any way contributed to the alleged injuries and/or death to Nayeem Khan, and with respect to each such person or persons, please state:

   a)   a brief description of the testimony and/or opinion to be given
        by each such person;

   b)   whether or not any deposition or any written, recorded and/or
        oral statement was taken from each such person and, if so,

    please attach a copy of such deposition and/or statement to your Answers to Interrogatories;

c) whether or not this case was reviewed and/or discussed by you or your representative with any such individuals and, if so, please give a brief resume of the discussion, particularly the opinion of such individuals;

d) whether such person is to be relied on as an expert, and if so, please include a brief description of the expert testimony which you expect that witness to give; and

e) if such person is to be relied on as an expert, please state whether or not any written or oral opinions or reports have been given by such expert witness and, if so, please describe each such report or opinion in detail and attach copies thereof to your Answers to Interrogatories.

**INTERROGATORY NO. 6:**

Please identify by name, address and telephone number each person from whom you have taken a written or oral statement and summarize the information obtained from each individual.

**INTERROGATORY NO. 7:**

Please list in detail each and every item of special damages resulting from the alleged injury sustained by Nayeem Khan, including, but not limited to, medical expenses and/or funeral expenses, and with respect to each such item of special damages, please attach copies of any bills or verification which you have in support of such special damages to your Answers to Interrogatories.

**INTERROGATORY NO. 8:**

Please list each and every document, photograph, film or other tangible piece of

evidence which you will or may introduce into evidence in this case; and with respect to each, please state:

> a brief description of each;
>
> the person, firm or corporation who initiated the document, photograph or film;
>
> the date upon which each was written, taken or done; and
>
> please attach a copy of each such document, photograph or film to your Answers to Interrogatories.

### INTERROGATORY NO. 9:

Please identify by name, address and telephone number each person known to you, your agents, attorneys, or representatives who have knowledge of any facts relative to any act or issue involved in the incident which has been made the basis of this claim and specify the issue on which the individual has knowledge including a brief summary of the information known to these individuals.

### INTERROGATORY NO. 10:

Has any insurance company, or other person, firm, or corporation, paid or reimbursed you, or become obligated to reimburse you or anyone on your behalf, for any medical or hospital expenses incurred by Nayeem Khan, or on her behalf which arose or which were incurred in any way as a result of the alleged malpractice made the basis of this lawsuit? If so, please list the entity and itemize the expenses incurred.

**INTERROGATORY NO. 11:**

Please give a listing of all exhibits you intend to utilize or introduce at trial of the captioned matter.

**INTERROGATORY NO. 12:**

Please list and describe the documents and exhibits which you propose to support your allegations of negligence of the defendant in this litigation.

**INTERROGATORY NO. 13:**

Please list all convictions of Nayeem Khan, for substance abuse or possession of controlled substances.

**INTERROGATORY NO. 14:**

Please list all facilities from which Nayeem Khan received inpatient or outpatient substance abuse treatment and/or counseling.

**INTERROGATORY NO. 12:**

Please give a listing of all exhibits you intend to utilize or introduce at trial of the captioned matter.

**INTERROGATORY NO. 16:**

Please list and describe the documents and exhibits which you propose to support your allegations of negligence of the defendant in this litigation.

These Interrogatories are deemed to be continuing and should plaintiff(s) or his/her/their attorney become aware of additional information which changes or modifies any answers herein, defendant(s) specifically request(s) that plaintiff'(s)' answers be

supplemented or amended.

                                                Respectfully Submitted:

                                                _____
                                                Walker Willard LLP
                                                J. Michael Daly, Jr., Bar No.   19539
                                                3939 North Causeway Blvd., Ste. 200\
                                                Metairie, Louisiana   70002
                                                Telephone:   (504) 832-0999
                                                Facsimile: (504) 836-7269
                                                Attorneys for Dr. Joseph Hauth

## **CERTIFICATE OF SERVICE**

This is to certify that a copy of the above and foregoing has been served upon counsel of record by depositing same in the United States Mail, postage prepaid, this _____ day of July, 2009, at New Orleans, Louisiana.

                                                _____
                                                J. MICHAEL DALY, JR.

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| ABDUL KHAN AND SPOUSE | CIVIL ACTION NUMBER: 07-7272 |
| | SECTION: "A" (3) |
| VERSUS | JUDGE: |
| HARRY LEE, TIM STIERWALD, JOHN O'BRIEN, SGT. ASHCROFT, DEP. TRAPANI, DEP. MARX, DEP. HECK, DEP. DIONDOLILLO, DEP. ALVARADO, DEP. DYKES,: DEP. RICHARDSON, DEP. HARTLEY, AND DEP. MILES | MAGISTRATE: |

FILED:_____     _____
                                                        DEPUTY CLERK


**REQUEST FOR PRODUCTION OF DOCUMENTS**


TO:  Plaintiffs, Abdul S. Khan and
     Hajera T. Khan
     Through their attorneys of record:
     Mr. Patrick H. Huft
     635 St. Charles Avenue
     New Orleans, LA 70130 and

     Mr. Aub Ward
     8034 Jefferson Highway
     Baton Rouge, LA 70809

Defendant, Dr. Joseph Hauth, produce and permit inspection and copying of the following documents at the offices of Walker Willard, LLP., 3939 North Causeway Blvd.,

−1−

Ste. 200, Metairie, Louisiana, 70002, pursuant to the Louisiana Code of Civil Procedure within fifteen (15) days. These Requests are deemed to be <u>continuing</u> and responses are to be supplemented at any time additional documentation becomes available.

### REQUEST FOR PRODUCTION NO. 1:

All photographs, sketches or diagrams relating in any way to the allegations of the plaintiff's Petition for Damages. As used in this request, documents and things shall include all types of recorded information, including, but not limited to, writings, drawings, graphs, charts, photographs, and other data compilations from which information can be obtained. Please provide duplicate copies of the actual photographs as opposed to photocopies.

### REQUEST FOR PRODUCTION NO. 2:

Please attach copies of any and all W-2 forms, income tax returns or any indicia of income for you or Nayeem, Khan for a period of five (5) years preceding the date of the filing of this action.

### REQUEST FOR PRODUCTION NO. 3:

All documents, birth certificates, Social Security cards, driver's licenses or other official documents which identify the child(ren) or legal representatives of Nayeem Khan.

### REQUEST FOR PRODUCTION NO. 4:

Copies of pleadings or other court matters filed by or on behalf of Nayeem Khan including, but not limited to, any application for interdiction or appointment of curator, and all information reflecting the full name and address of the curator.

**REQUEST FOR PRODUCTION NO. 5:**

Copies of all statements, depositions, handwritten reports, letters, or notes of present or former employees of Defendant, which were obtained in connection with this or any other claim or litigation against Defendant which are, in any way, relevant to the allegations made against Defendant in this lawsuit.

**REQUEST FOR PRODUCTION NO. 6:**

Copies of all Powers of Attorney executed by Nayeem Khan.

**REQUEST FOR PRODUCTION NO. 7:**

Any photographs or videotapes which relate in any way to the claims or allegations made the basis of this lawsuit.

**REQUEST FOR PRODUCTION NO. 8:**

Each and every document which relates in any way to the allegations made the basis of your lawsuit, and identify the individual or entity having custody, possession or control of each such document.

**REQUEST FOR PRODUCTION NO. 9:**

Any statement(s), whether handwritten, typed, recorded, electronically stored, or in any other form, that you, your attorney, or any person acting on your behalf has taken pertaining to the claims made in the Complaint, whether such statement(s) is in your possession, your attorney's, or any third party's possession. If you object to the production of any statement, please state the basis of your objection and the name, address

and telephone number of the person from whom the statement was taken and of the person taking the statement, and the date said statement was taken.

**REQUEST FOR PRODUCTION NO. 10:**

Any and all trial exhibits, including but not limited to medical records, reports, expert reports, hospital bills and videotapes or visual aids which you intend to introduce at trial.

**REQUEST FOR PRODUCTION NO. 11:**

A curriculum vitae and any and all reports, analysis, correspondence and documentation of any expert consulted, retained, or relied upon to render an opinion at the trial of this matter.

**REQUEST FOR PRODUCTION NO. 12:**

Produce and identify by date, volume number, page number, and author each publication, book treatise, journal, pamphlet, text, and all other documents upon which your expert witnesses and any other witnesses (whether or not denominated as an expert witness) you may call to testify in this case or will or may rely upon or use in any way in forming the basis for any opinion regarding the allegations contained in your Petition for Damages.

**REQUEST FOR PRODUCTION NO. 13:**

An itemization, giving dollar amounts, of each and every element of damage you allege to have suffered for which you are seeking recovery, including but not limited to expenses for medical or non-medical treatment, and any other type of expenses you seek to

recover.

**REQUEST FOR PRODUCTION NO. 14:**

Please produce copies of any and all records, charts, reports and any and all other documentation pertaining to any out-patient and/or in-patient treatment of Nayeem Khan.

These Requests for Production are deemed to be continuing and should plaintiff or plaintiff's attorney become aware of additional information which changes or modifies any of the responses provided, Defendant specifically requests that these responses be supplemented or amended.

Respectfully Submitted:

_____
Walker Willard LLP
J. Michael Daly, Jr., Bar No. 19539
3939 North Causeway Blvd., Ste. 200\
Metairie, Louisiana 70002
Telephone: (504) 832-0999
Facsimile: (504) 836-7269
Attorneys for Dr. Joseph Hauth

**CERTIFICATE OF SERVICE**

This is to certify that a copy of the above and foregoing has been served upon counsel of record by depositing same in the United States Mail, postage prepaid, this _____ day of July, 2009, at New Orleans, Louisiana.

_____
J. MICHAEL DALY, JR.